**So Ordered.**



**Dated: February 28th, 2013**

THOMAS D. NAGLE
222 East A Street
Suite 100
Yakima, WA 98901
(509)457-5700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Esteban & Crystal Martinez, | ) |
| | ) Case No. 12-05112-FLK7 |
| Debtors. | ) |
| | ) ORDER AUTHORIZING |
| | ) REDEMPTION OF PERSONAL |
| | ) PROPERTY & NOTICE |
| | ) |

This matter came on for hearing pursuant to the above-named Debtors' Motion for Authorization to Redeem Personal Property. It appearing that no objections to the proposed relief have been filed or served, it is hereby

ORDER AUTHORIZING REDEMPTION OF
PERSONAL PROPERTY – PAGE - 1 -

ORDERED, ADJUDGED, AND DECREED that Debtors' Motion to Redeem Personal Property from GECRB/HOME DESIGN; to wit: two (2) couches, for $800.00 is granted.

///END OF ORDER///

Presented by:

/S/ THOMAS D. NAGLE
THOMAS D. NAGLE (WSBA 12769)
Attorney for Debtor(s)